UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| DIEGO ALBERTO HERNANDEZ GARCIA, | ) |  |
|---|---|---|
|  | ) |  |
| *Plaintiff*, | ) | Case No. 3:25-cv-605 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |  |
|  | ) |  |
| *Defendants*. | ) |  |

**ORDER**

The undersigned district judge **RECUSES** himself in this case pursuant to 28 U.S.C. § 455. The Clerk of Court is hereby **ORDERED** to reassign the case to another district judge pursuant to the Court's case-assignment procedures.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**