UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DIEGO ALBERTO HERNANDEZ GARCIA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, SECRETARY OF THE UNITED ) <br> STATES DEPARTMENT OF HOMELAND ) <br> SECURITY et al., ) <br> ) <br> Respondents. ) | No. 3:25-CV-00605-DCLC-JEM |

**ORDER**

Respondents are **ORDERED** to respond to Petitioner's Petition for Writ of Habeas Corpus [Doc. 1] by **Wednesday, December 17, 2025**. Rules Governing Section 2254 Cases in the United States District Courts 5(a).[1]

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Petitioner does not bring his habeas petition under 28 U.S.C. § 2254, but nonetheless, "[t]he district court may apply any or all of these rules to a habeas corpus petition" not brought under § 2254. Rules Governing Section 2254 Cases in the United States District Courts 1(b).