UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DIEGO ALBERTO HERNANDEZ GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-00605-DCLC-JEM |
| | ) | |
| KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The parties are **ORDERED** to participate in a telephonic status conference on **Tuesday, December 16, 2025, at 2:00 p.m.** by dialing (423) 212-5515 and entering access code 8036938.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge