UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DIEGO ALBERTO HERNANDEZ GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-00605-DCLC-JEM |
| | ) | |
| KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Respondents are **ORDERED** to respond to Petitioner's First Amended Petition for Writ of Habeas Corpus [Doc. 11] by **Friday, December 19, 2025, at close of business**. The Court no longer requires a response to Petitioner's original petition. *Cf. In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013) ("An amended complaint supersedes an earlier complaint for all purposes." (citation omitted)).

In addition, the Court's original intent was to hold an evidentiary hearing on Thursday, December 18, 2025, at 2:00 p.m., *see* [Mem. Op. & Order, Doc. 4, at 5], but during yesterday's telephonic status conference, the parties agreed that Court, in lieu of an evidentiary hearing, should hold a hearing to address discovery disputes that have arisen between them. The parties are therefore **ORDERED** to appear before the Court for a discovery hearing on **Thursday, December 18, 2025, at 2:00 p.m.** The discovery hearing will take place at the James H. Quillen United States Courthouse in Courtroom 420.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge