UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DIEGO ALBERTO HERNANDEZ GARCIA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 3:25-CV-00605-DCLC-JEM |
| KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., | ) ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

On Monday, December 15, 2025, Petitioner Diego Alberto Hernandez Garcia filed an Amended Petition for Writ of Habeas Corpus [Doc. 11]. The amended petition is not verified. *See* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus shall be in writing signed *and verified* by the person for whose relief it is intended or by someone acting in his behalf." (emphasis added)). Petitioner is **ORDERED** to file the appropriate verification of the amended petition by **Tuesday, December 23, 2025**. *See* 28 U.S.C. § 1746.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge