## VERIFICATION BY SOMEONE ACTING ON PETITIONER'S BEHALF PURSUANT TO 28 U.S.C. § 2242

I am submitting this verification on behalf of Diego Alberto Hernandez Garcia (Petitioner) because I am one of his attorneys. I have discussed with the Petitioner the events described in the First Amended Petition for Writ of Habeas Corpus. Based on those discussions, I declare under penalty of perjury that the First Amended Petition for Writ of Habeas Corpus [Document 11] is true and correct. Executed on December 23, 2025.

*Rachel B.* (signature)
Rachel L. Bonano, Esq.

## VERIFICATION OF PETITION
## PURSUANT TO 28 U.S.C. § 2242

I, Diego Alberto Hernandez Garcia, declare under penalty of perjury that the First Amended Petition for Writ of Habeas Corpus [Document 11] is true and correct. Executed on December 23, 2025.

*[signature]*

Diego Alberto Hernandez Garcia

# AFFIDAVIT OF MICHELLE MORALES CRUZ

After being duly sworn, Affiant, Michelle Morales Cruz, declares under penalties of perjury as follows:

1. My name is Michelle Morales Cruz. I am over the age of eighteen, and I am giving this statement based upon my own personal knowledge.
2. I am one of Diego Alberto Hernandez Garcia's attorneys.
3. On December 22, 2025, I spoke with Mr. Hernadez Garcia on the phone.
4. I read Mr. Hernandez Garcia the First Amended Petition for a Writ of Habeas Corpus in Spanish.
5. After being read the entire petition, Mr. Hernandez Garcia stated that all of the contents were true to the best of his knowledge.
6. Mr. Hernandez Garcia gave me permission to use his signature to sign a verification of the petition.

FURTHER AFFIANT SAYETH NOT.

*Michelle Morales* (signature)

Michelle Morales Cruz, Affiant

STATE OF TENNESSEE
COUNTY OF KNOX

Sworn to and subscribed before me this ___22___ day of __December__, 20_25_.



## VERIFICATION BY SOMEONE ACTING ON PETITIONER'S BEHALF PURSUANT TO 28 U.S.C. § 2242

I am submitting this verification on behalf of Diego Alberto Hernandez Garcia (Petitioner) because I am one of his attorneys. I have discussed with the Petitioner the events described in the First Amended Petition for Writ of Habeas Corpus. Based on those discussions, I declare under penalty of perjury that the First Amended Petition for Writ of Habeas Corpus [Document 11] is true and correct. Executed on December 23, 2025.

*Michelle Morales* (signature)

Michelle Morales-Cruz, Esq.