UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DIEGO ALBERTO HERNANDEZ GARCIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:25-CV-00605-DCLC-JEM |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On Friday, December 12, 2025, this Court entered an Order enjoining Respondents, their officers, agents, servants, employees, and all persons acting in concert with them from removing Petitioner from the United States pending further order of the Court. That Order remains in full force and effect. Earlier today, Counsel for Respondents, by e-mail, advised the Court that Petitioner was placed on a flight departing the United States and was en route to El Salvador. Counsel for Respondents acknowledged "the seriousness of this situation," and he described Petitioner's placement on the flight as a "mistake." He now advises the Court that Petitioner "is on his way back to" the United States.

Upon Petitioner's return to the United States, Respondents are **ORDERED** to provide the Court with immediate notice of his arrival in a written filing. The notice shall contain his time of arrival, the address of the facility where he is being detained, and the measures that Respondents are now taking to ensure that they do not prematurely remove him from the United States again.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge