UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DIEGO ALBERTO HERNANDEZ GARCIA, )<br> )<br>   *Petitioner*, )<br> )<br>v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY et al., )<br> )<br>   *Respondents*. ) | Case No. 3:25-cv-605-DCLC-JEM |

## RESPONDENTS' NOTICE REGARDING ORDER TO FILE REDACTED DOCUMENTS

Pursuant to the Court's Order entered January 20, 2026 [ECF 27], Respondents submit this Notice to inform the Court that, after further review of the pleadings and documents on file in the above-captioned matter, it is the view of Respondents that no further redactions are necessary at this time.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

*/s/ Robert C. McConkey III*
Robert C. McConkey III (BPR # 018118)
Ben D. Cunningham (BPR # 030122)
Assistant United States Attorneys
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Robert.McConkey@usdoj.gov
Ben.Cunningham@usdoj.gov
*Counsel for Respondents*