UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DIEGO ALBERTO HERNANDEZ GARCIA, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:25-CV-00605-DCLC-JEM ) |
| KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., | ) ) ) ) |
| Respondents. | ) ) |

**ORDER**

In accordance with the Court's Order dated January 8, 2026 [Doc. 24], the Clerk of Court is **DIRECTED** to lift Federal Rule of Civil Procedure 5.2(c)'s restriction on all the filings in the record.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge