UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DIEGO ALBERTO HERNANDEZ GARCIA, )
)
      Petitioner, )
)
v. ) No. 3:25-CV-00605-DCLC-JEM
)
MARKWAYNE MULLIN, SECRETARY )
OF THE UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY et al., )
)
      Respondents. )

**JUDGMENT ORDER**

Petitioner Diego Alberto Hernandez Garcia's Amended Petition for Writ of Habeas Corpus [Doc. 11] is **DENIED**. Petitioner's claims under the Administrative Procedure Act and the First Amendment are **DISMISSED WITHOUT PREJUDICE**. Respondents' Motion for Reconsideration [Doc. 8] is **DENIED**. The Court's stay against enforcement of Petitioner's removal order is **LIFTED**.

The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge


**ENTERED AS JUDGMENT:**

s/ *LeAnna R. Wilson*
Court Clerk